THE HONORABLE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JOSEPHINE ELVA MCKELLIPS,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCAN HEALTH SYSTEM d/b/a ST. ANTHONY HOSPITAL,<br><br>Defendant. | Case No.: 13-cv-05096 MJP<br><br>STIPULATION AND (PROPOSED) ORDER OF DISMISSAL |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the above referenced case should be DISMISSED with prejudice and without an award of costs or fees to any party.

Stipulated to and presented on this 1st day of October, 2013 by:

/s Michael Madden
Michael Madden, WSBA #8747
Bennett Bigelow & Leedom, P.S.
601 Union St. Suite 1500
Seattle, WA 98101
Tel: 206-622-5511
Email: mmadden@bbllaw.com
*Attorneys for Defendant*

/s Lisa Burke
Lisa Burke, WSBA #42859
Daniel Kalish, WSBA #35815
HKM Employment Attorneys PLLC
1325 Fourth Ave, Suite 540
Seattle, WA 98101
Tel: 206-826-5363
Email: lburke@hkm.com
*Attorneys for Plaintiff*

STIPULATION AND (PROPOSED)
ORDER OF DISMISSAL - 1

HKM EMPLOYMENT ATTORNEYS PLLC
1325 Fourth Avenue, Suite 540
Seattle, Washington 98101
(206) 838-2504

1  /s Karen R. Glickstein
   Karen R. Glickstein, MO Bar #37083
2  Polsinelli Shughart PC
   120 W. 12th Street, Ste. 1600
3  Kansas City, MO 64105
   Tel: (816) 421-3355
4  Email: kglickstein@polsinelli.com
   *Attorneys for Defendant*
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  **STIPULATION AND (PROPOSED)**  
    **ORDER OF DISMISSAL - 2**

28

HKM EMPLOYMENT ATTORNEYS PLLC
1325 Fourth Avenue, Suite 540
Seattle, Washington 98101
(206) 838-2504

## ORDER

The parties having so stipulated and agreed, it is hereby SO ORDERED. The above referenced case is hereby DISMISSED with prejudice and without an award of costs or fees to any party. The clerk is directed to send copies of this Order to all counsel of record.

DATED this 1st day of October, 2013.

_____
The Honorable Marsha J. Pechman
United States District Court Chief Judge

Presented by:

/s Lisa Burke
Lisa Burke, WSBA #42859
Daniel Kalish, WSBA #35815
HKM Employment Attorneys PLLC
1325 Fourth Ave, Suite 540
Seattle, WA 98101
Tel: 206-826-5363
Email: lburke@hkm.com

*Attorneys for Plaintiff*

/s Michael Madden
Michael Madden, WSBA #8747
Bennett Bigelow & Leedom, P.S.
601 Union St. Suite 1500
Seattle, WA 98101
Tel: 206-622-5511
Email: mmadden@bbllaw.com

/s Karen R. Glickstein
Karen R. Glickstein, MO Bar #37083
Polsinelli Shughart PC
120 W. 12th Street, Ste. 1600
Kansas City, MO 64105
Tel: (816) 421-3355
Email: kglickstein@polsinelli.com

*Attorneys for Defendant*